(C.D. 4445)

## W. N. PROCTOR COMPANY *v.* UNITED STATES

Court No. 66/4278 and 10 others

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4446)

## IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

Court No. 66/7958

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.